PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MICHARL NARJES, ) | |
| ) | CASE NO. 5:17CV739 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ABSOLUTE HEALTH SERVICES, INC., *et al.*, ) ) | |
| ) | |
| Defendants. ) | **ORDER OF DISMISSAL** |

The Court was informed by the Minutes of Proceedings dated July 23, 2018 that the parties resolved this case at the mediation conference conducted by Magistrate Judge George J. Limbert. Therefore, the docket shall be marked "resolved and dismissed without prejudice."

On or before August 22, 2018, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order. Because the Court will retain jurisdiction, the parties shall submit a copy of the executed Settlement Agreement to Judy_Guyer@ohnd.uscourts.gov for the Court's future reference, if necessary.

IT IS SO ORDERED.

| | |
|---|---|
|    July 23, 2018    |    */s/ Benita Y. Pearson*    |
| Date | Benita Y. Pearson |
| | United States District Judge |