## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL NARJES** | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO.  5:17CV739** |
| **v.** | : | |
| **ABSOLUTE HEALTH SERVICES, INC., et al.** | : | **JUDGE BENITA Y. PEARSON** |
| | : | |
| **Defendants.** | | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having been advised of a settlement reached between Plaintiff Michael Narjes and Defendant Trax Management Services, Inc. (collectively "Parties"), and upon agreement between the Parties, hereby vacates the Order of Dismissal without prejudice filed on July 23, 2018 (Doc #49), and hereby enters this Stipulation of Dismissal with Prejudice of any and all claims and causes of action pursuant to the executed Confidential Settlement Agreement between the parties.  The Court shall retain jurisdiction over any settlement agreement between the parties.  Court costs shall be borne by Plaintiff.

**IT IS SO ORDERED.**

_____
Date

_____
Benita Y. Pearson
United States District Judge

So Agreed:

_/s Jeffrey J. Patter_____
Jeffrey J. Patter (0027884)
Matthew S. Brown (0077687)
CARLILE PATCHEN & MURPHY LLP
366 East Broad Street
Columbus, Ohio  43215
Tele: (614) 228-6135/Fax: (614) 221-0216
jpatter@cpmlaw.com
mbrown@cpmlaw.com
_Counsel for Defendant,_
_Trax Management Services, Inc._

_/s Joseph F. Scott_____
Joseph F. Scott (0229780)
Ryan A. Winters (0086917)
Kevin M. McDermott II (0090455)
SCOTT & WINTERS LAW FIRM, LLC
The Caxton Building
812 Huron Road E., Suite 490
Cleveland, OH 44115
jscott@ohiowagelawyers.com
rwinters@ohiowagelawyers.com
kmcdermott@ohiowagelawyers.com
_Counsel for Plaintiff, Michael Narjes_